1  RONALD RICHARDS, Esq. SB#176246
   LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
2  P.O. Box 11480
   Beverly Hills, CA 90213
3  Telephone: (310) 556-1001
   Fax       : (310) 277-3325
4  email: ron@ronaldrichards.com

5  Attorneys for Defendant
   Bret Saxon
6

7
                      UNITED STATES DISTRICT COURT
8
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
9
   Scott Barbour,                 )   No. CV 11-02335-DMG (JCGx)
10 individually, and ZB           )
   Family Trust, Scott            )   **STIPULATION PER**
11 Barbour, Trustee               )   **LOCAL RULE 8-3 FOR AN**
                                  )   **EXTENSION OF TIME TO RESPOND**
12              Plaintiff,        )   **OR ANSWER**
                                  )
13         v.                     )   Stipulation to Extend Time to
                                  )   Respond to Initial Complaint
14 Bret Saxon, an individual,     )   By Not More Than 30 Days
   Conduit Media, Inc., a         )   (L.R. 8-3)
15 California corporation;        )
   TMP Inc., aka                  )   Complaint served:
16 Transactional Marketing        )   3/4/11
   Partners,Inc., a               )   Current response date:
17 California corporation;        )   3/25/11
   Rob Stein, an individual;      )   New response date:
18 and Does 1-50, Inclusive.      )   4/24/11
                                  )
19                                )
                Defendants.       )
20                                )
                                  )
21 _____)

22      Pursuant to Local Rule 8-3, Ronald Richards, Esq., of the

23 Law Offices of Ronald Richards & Associates, APC, counsel of

24 record for defendant Brett Saxon, and Dana Cole of Cole and

25 Loeterman counsel for record for Conduit Media, Inc., TMP

26 Inc., aka Transactional Marketing Partners, Inc., and David

27 Marcus of Marcus, Watanabe & Dave, LLP, counsel of record for

28 plaintiffs Scott Barbour, individually, and ZB Family Trust,

hereby stipulate that Defendants Bret Saxon, Conduit Media, Inc., TMP Inc., aka Transactional Marketing Partners, Inc. may have until (and including) April 24, 2011 to respond to the Complaint in this action

DATED:   March 23, 2011

LAW OFFICES OF RONALD RICHARDS & Associates, APC
/s/ Ronald Richards, Esq.

_____
RONALD RICHARDS, Esq.
Counsel for Defendant
Bret Saxon

DATED: March 23, 2011

COLE & LOETERMAN
/s/ Dana Cole, Esq.

_____
Dana Cole, Esq.
Counsel for Defendants
Conduit Media, Inc., TMP Inc.,
aka Transactional Marketing Partners, Inc.

DATED: March 23, 2011

MARCUS, WATANABE & DAVE, LLP

/s/ David Marcus, Esq.
_____
David Marcus, Esq.
Counsel for Plaintiffs
Scott Barbour, individually, and ZB Family Trust